## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AETNA INC. *et al.*,<br><br>                    Plaintiff,<br><br>v.<br><br>MATHEW JAMES *et al.*,<br><br>                    Defendants. | Miscellaneous No. 1:19-mc-00392<br><br>Civil Action No. 2:19-01038-PD<br>(E.D. Pa.) |

### NOTICE OF MOTION TO COMPEL RESPONSE TO SUBPOENA

PLEASE TAKE NOTICE that, upon the Declaration of Amber T. Wallace, Esq., dated August 23, 2019, together with the annexed exhibits, and the accompanying Memorandum of Law in Support of Plaintiffs' Aetna Inc. and Aetna Life Insurance Company's Motion to Compel Response to Subpoena, the undersigned will move before this Court, located in the courtroom of the Presiding Judge in New York, New York, as soon as counsel may be heard, for an order pursuant to Federal Rule of Civil Procedure 45: (i) overruling non-party Kambiz Cohen-Kashi, M.D.'s objections to the June 21, 2019 subpoena duly served upon him in *Aetna Inc., et al. v. Mathew James, et al.*, Case No. 2:19-01038-PD, pending in the United States District Court for the Eastern District of Pennsylvania, and requiring Dr. Cohen-Kashi to comply with the subpoena by responding to all document requests within twenty-one (21) days of the Court's Order; (ii) for their attorneys' fees and costs incurred in bringing this motion; and (iii) granting all such other and further relief as is necessary and appropriate.

Dated:   August 23, 2019
         White Plains, New York

           *[signature: Amber Wallace]*
           Amber T. Wallace (AW6592)
           DENLEA & CARTON LLP
           2 Westchester Park Drive, Suite 410
           White Plains, New York 10604
           (914) 331-0100
           awallace@denleacarton.com

           -and-

           Mark J. Schwemler (*pro hac vice to be filed*)
           Gregory S. Voshell (*pro hac vice to be filed*)
           Thomas B. Helbig, Jr. (*pro hac vice to be filed*)
           ELLIOTT GREENLEAF, P.C.
           925 Harvest Drive, Suite 300
           Blue Bell, PA 19422
           (215) 977-1000
           mjs@elliottgreenleaf.com
           gsv@elliottgreenleaf.com
           tbh@elliottgreenleaf.com

           *Counsel for Plaintiffs*